**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2018



**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Woojae Jung*,
               18 Cr. 518 (LAK)

Dear Judge Kaplan:

        The Court has calendared an arraignment in this matter for September 5, 2018 at 2:15 p.m.
The Government respectfully moves to exclude the time between today and the September 5, 2018
arraignment from computation under the Speedy Trial Act. Such an exclusion would be in the
interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), because it would permit the parties to
continue their discussions of a possible pre-trial disposition of this matter. Rodney Villazor, Esq.,
counsel to the defendant, has specifically consented to the exclusion of time from the Speedy Trial
Act between today and the date of the arraignment.

                                     Respectfully submitted,

                                     GEOFFREY S. BERMAN
                                     United States Attorney for the
                                     Southern District of New York

*Time excluded*
*from today until*
*9/5/18 for reasons*
*above*

By: _____
     Andrew Thomas
     Assistant United States Attorney
     (212) 637-2106

SO ORDERED

LEWIS A. KAPLAN, USDJ
7/24/18