# SMITH | VILLAZOR

**Smith Villazor** LLP
1700 Broadway, Suite 2801
New York, New York 10019
www.smithvillazor.com

Rodney Villazor
rodney.villazor@smithvillazor.com
T   212.706.1872

August 1, 2018

**VIA ECF**
The Honorable Lewis A. Kaplan
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
500 Pearl Street
New York, New York 10007

        Re: United States v. Woojae Jung
            No. 18-cr-0518 (LAK)

Dear Judge Kaplan:

On behalf of Defendant Woojae Jung, we respectfully request that he be permitted to travel with his wife to stay at a hotel in Santa Barbara within the Central District of California. Specifically, he and his wife intend to drive from San Francisco, stay at a hotel in Monterrey for one night and then drive to and stay in Santa Barbara for three nights. They intend to leave on August 22, 2018 and return home on August 28, 2018. He has provided his specific lodging accommodations to Pretrial Services. His pretrial services officer has no objection. The government, through AUSA Andrew Thomas, also consents to our request.

Thank you in advance.

Respectfully submitted,

/s/ Rodney Villazor

Rodney Villazor
Smith Villazor, LLP

cc:    AUSA Andrew Thomas
        Patrick Smith, Esq.