

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 2, 2018

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Woojae Jung*,
            18 Cr. 518 (LAK)

Dear Judge Kaplan:

      The Government respectfully writes in response to the defendant's motion to temporarily modify the conditions of his release, namely to permit domestic travel the week of August 22, 2018. (*See* ECF Doc. 11). In light of the fact that the defendant has provided his itinerary to Pretrial Services, and in the absence of any objection from Pretrial Services, the Government has no objection to the proposed modification.

                                            Respectfully submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney for the
                                            Southern District of New York

                             By: _____
                                            Andrew Thomas
                                            Assistant United States Attorney
                                            (212) 637-2106