# SMITH | VILLAZOR

**Smith Villazor LLP**
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Nicholas Karasimas
nicholas.karasimas@smithvillazor.com
T   212.582.4400

March 31, 2019

**VIA ECF**
The Honorable Lewis A. Kaplan
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Woojae Jung, No. 18-cr-0518 (LAK)

Dear Judge Kaplan:

On behalf of Defendant Woojae Jung, we respectfully request that he be permitted to travel on two occasions:

- From San Francisco, California to Los Angeles, California on April 4, 2019 returning April 7, 2019 for business meetings with clients.

- From San Francisco, California to Santa Barbara, California on April 24, 2019 returning April 28, 2019, as a personal trip to visit with family.

Mr. Jung has provided his specific lodging accommodations to Pretrial Services. Pretrial services has no objection to this request, and the government, through AUSA Andrew Thomas, also consents to our request.

Thank you in advance.

Respectfully submitted,

/s/ Nicholas Karasimas

Nicholas Karasimas
Smith Villazor, LLP

cc:     AUSA Andrew Thomas