UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA,  :

v.  :   Case No. 18-cr-518 (LAK)

:

WOOJAE JUNG,  :

Defendant.  :

------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT - 8 2019

## [PROPOSED] ORDER EXONERATING BAIL

WHEREAS, Defendant Woojae Jung executed a personal surety bond of $500,000, secured by real property and $100,000 pursuant to the terms of his Conditions of Release;

WHEREAS, Defendant Jung surrendered to the Federal Bureau of Prisons on August 30, 2019;

IT IS HEREBY ORDERED, upon the application of counsel for Defendant Jung, *and the consent of the US*, that the bail is hereby exonerated and released. The Clerk of the Court shall return $100,000 to Yeonjin Jung, the defendant's wife.

/s/ Lewis A. Kaplan
Lewis A. Kaplan
U.S.D.J

10/8/19