UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA,

v.

WOOJAE JUNG,

    Defendant.

------------------------------------- X

Case No. 18-cr-518 (LAK)

RECEIVED NOV 19 2019 JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 19 2019

## [PROPOSED] AMENDED ORDER EXONERATING BAIL

WHERAS, Defendant Woojae Jung executed a personal surety bond of $500,000, secured by real property and $100,000 pursuant to the terms of his Conditions of Release;

WHEREAS, Defendant Jung surrendered to the Federal Bureau of Prisons on August 30, 2019;

WHEREAS, interest on the $100,000 has accrued in the amount of $192.82;

IT IS HEREBY ORDERED, upon the application of counsel for Defendant Jung, that the bail is hereby exonerated and released. The Clerk of the Court shall return $100,192.82 to Yeonjin Jung, the defendant's wife, and shall terminate D/ 74.

_____
Lewis A. Kaplan
U.S.D.J