UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

UNITED STATES OF AMERICA,  :

v.  :  Case No. 18-cr-518 (LAK)

:

WOOJAE JUNG,  :

    Defendant.  :

------------------------------------ X

RECEIVED NOV 19 2019 JUDGE KAPLAN'S CHAMBERS

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 19 2019

## [PROPOSED] ORDER FOR RELEASE OF PASSPORT

WHERAS, Defendant Woojae Jung surrendered his South Korean passport to Pretrial Services for the Northern District of California, Oakland Division, pursuant to the terms of his Conditions of Release;

WHEREAS, Defendant Jung surrendered to the Federal Bureau of Prisons on August 30, 2019;

IT IS HEREBY ORDERED, upon the application of counsel for Defendant Jung, *and the consent of the government*, that Pretrial Services for the Northern District of California, Oakland Division shall release Mr. Jung's passport to Yeonjin Jung, the defendant's wife.

_____
Lewis A. Kaplan
U.S.D.J      11/19/19