UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | DECLARATION IN SUPPORT OF FINAL ORDER OF <u>FORFEITURE</u> |
| WOOJAE JUNG, | |
| Defendant. | 18 Cr. 518 (CS) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Tara LaMorte, pursuant to Title 28, United State Code, Section 1746, declares under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Office of Matthew Podolsky, Acting United States Attorney for the Southern District of New York, and attorney for the Government herein. I am assigned to the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission of a Final Order of Forfeiture in the above-captioned case.

2. On or about June 17, 2019, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 53) with respect to WOOJAE JUNG (the "Defendant"), imposing a money judgment against the Defendant in the amount of $130,000, and forfeiting to the United States all right, title and interest of the Defendant in assets equal to $130,000 in Account No. U1098080, held by Interactive Brokers LLC (the "Specific Property").

3. The Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on August 16, 2019, for thirty (30) consecutive days, through September 14, 2019,

pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on February 27, 2025 (D.E. 85).

      4.    Thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

      5.    The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

      6.    Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

      7.    No previous application for the relief requested herein has been sought.

Dated: New York, New York
      February 27, 2025

By: _____
   Tara LaMorte
   Assistant United States Attorney
   26 Federal Plaza
   New York, New York 10278
   Tel.: (212) 637-1041